622

463 A.2d 56

Commonwealth v. Gaddy, Appellant.

Submitted June 2, 1983.   Ivan Jay Feiner, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Order affirmed.

463 A.2d 56

Commonwealth v. Hall, Appellant.

Submitted March 22, 1983.   Richard Keith Renn, Assistant Public Defender, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.